**DISMISS; and Opinion June 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01395-CV

### MITCHELL WAYNE HOBSON, JR. AND ALL OTHER OCCUPANTS, Appellant
### V.
### CCC & CRESTRIDGE LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05436-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Lang-Miers

The clerk's record in this case is overdue. By letter dated May 16, 2014, we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid or made arrangements to pay for the clerk's record or had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we **DISMISS** this appeal.  *See* TEX. R. APP. P.  37.3(b); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


131395F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MITCHELL WAYNE HOBSON, JR. AND
ALL OCCUPANTS, Appellant

No. 05-13-01395-CV          V.

CCC & CRESTRIDGE LLC, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-05436-A.
Opinion delivered by Justice Lang-Miers,
Chief Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CCC & CRESTRIDGE LLC recover its costs, if any, of this appeal from appellant MITCHELL WAYNE HOBSON, JR. AND ALL OCCUPANTS.

Judgment entered this 30th day of June, 2014.